UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISHU GUO,

Plaintiff,

-against-

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), ET AL,

Defendants.

26cv6192 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 24, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 3, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge